```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

LEE CURTIS TATE,                :
                                :
    Plaintiff,                  :
                                :
vs.                             :
                                :   CIVIL ACTION 09-0268-WS-M
OFFICER ROCKFORD, et al.,       :
                                :
    Defendants.                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the plaintiff's motion for permission to appeal *in forma pauperis* is hereby **DENIED** because the appeal is frivolous and not taken in good faith.

DONE this 18th day of May, 2011.


                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE